IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| REGINALD TYRONE LIGHTFOOT, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DERRICK CATER, *et al.*, ) <br> ) <br> Respondents. ) | Case No. 5:16-cv-00583-VEH-TMP |

## **MEMORANDUM OPINION**

On June 1, 2018, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. No objections from either party have been filed. Having now carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the report is due to be **ADOPTED**, and the recommendation **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be **DISMISSED WITH PREJUDICE**. An order of final judgment will be entered contemporaneously herewith.

**DONE** this the 9th day of August, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge